# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3726

_____

United States of America

*Plaintiff - Appellee*

v.

Mario Deshawn Stevenson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: April 26, 2017
Filed: May 1, 2017
[Unpublished]

_____

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mario Stevenson directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to a drug charge. His counsel has

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable and that the district court should have varied downward even further. Stevenson has not filed a pro se brief.

We conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions); <u>see also</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when district court has varied below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying downward further). In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion for leave to withdraw, and we affirm.

_____